# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40726
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DANIEL RAMOS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:12-CR-895-2

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

STEPHEN A. HIGGINSON, Circuit Judge:*

Daniel Ramos appeals the six-month term of imprisonment that the district court imposed upon revocation of his term of probation following his conviction for aiding and abetting the unlawful transportation of an unlawful alien. He argues that the district court committed reversible plain error by failing to adequately consider the applicable guidelines range and failing to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40726

consider the relevant sentencing factors in 18 U.S.C. § 3553(a). The Government argues that the appeal is moot.

Because Ramos has completed the six-month term of imprisonment, has no further term of supervised release, and has no payments to make, this court is unable to grant him any relief on his sentence. Thus, his sentencing appeal is moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007). The appeal is therefore DISMISSED as moot.